IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARRISH BRYANT GARVIN,

    Plaintiff,                    MC No-S-06-0059 FCD KJM P

    vs.

RICHARD H. GILMOUR, et al.

    Defendants.               FINDINGS AND RECOMMENDATIONS

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. On December 19, 2000, the Honorable Robert E. Coyle, Senior District Judge, declared plaintiff to be a vexatious litigant. Garvin v. Long, Civ. No. F-00-6845 REC DLB P. By the terms of that order, if plaintiff has not paid the filing fee, the court is required to screen any complaint before it is filed to determine whether plaintiff has shown he is in imminent danger of serious physical harm at the time the complaint was filed.

        In the complaint filed April 19, 2005, plaintiff alleges that two California judges are not handling his state litigation properly. Because plaintiff has not shown he is in danger, this action will not be opened as a civil case.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
garv0960.vl